IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TEXAS GAS TRANSMISSION, LLC                        PLAINTIFF

VS.                                 CIVIL ACTION NO. 208CV-240(B-S)

18.08 ACRES ± IN SOUTHEAST QUARTER OF           DEFENDANTS
SECTION 24, TOWNSHIP 30 NORTH, RANGE 4
WEST, COAHOMA COUNTY, MISSISSIPPI;
AND THE BOARD OF LEVEE COMMISSIONERS
FOR THE YAZOO-MISSISSIPPI DELTA

## ORDER

This matter is before the court *ore tenus* on motion of the plaintiff, Texas Gas Transmission, LLC ("Texas Gas"), to file a Verified Amended Complaint. Defense counsel has acknowledged no opposition to the motion and none of the current deadlines will be affected. The Court finds that Texas Gas should be and is granted leave to file a Verified Amended Complaint within ten (10) days of the date of this order.

SO ORDERED, this the 8th day of March, 2011.

                                             /s/David A. Sanders
                                             HONORABLE DAVID A. SANDERS
                                             UNITED STATES MAGISTRATE