IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TEXAS GAS TRANSMISSION, LLC

VS.                                                    CIVIL ACTION NO. 2:08CV240-NBB-DAS

18.08 ACRES +/- IN SOUTHEAST QUARTER OF
SECTION 24, TOWNSHIP 30 NORTH, RANGE 4 WEST,
COAHOMA COUNTY, MISSISSIPPI and THE BOARD OF
LEVEE COMMISSIONERS FOR THE YAZOO-MISSISSIPPI
DELTA

## **ORDER**

This matter is before the court following a teleconference between the court and the

parties.  During that conference, the parties moved *ore tenus* that the various deadlines be

extended.  After considering the matter, the court finds the motion to be well taken, and it shall

be GRANTED.  Accordingly, the following deadlines now apply:

The Board of Levee Commissioners shall designate its experts pursuant to the Rules of

Civil Procedure no later than April 22, 2011.

Texas Gas Transmission shall counter-designate any experts no later than May 23, 2011.

The discovery deadline is now July 5, 2011.

The deadline for motions is now July 18, 2011.

A non-jury trial will be held on October 17, 2011, beginning at 10:00 a.m.

SO ORDERED, this the 18th day of April, 2011.


                                                    /s/ David A. Sanders
                                                    UNITED STATES MAGISTRATE JUDGE